371 A.2d 872
Lewis et al. v. Reid et al., Appellants.

Argued June 21, 1976. James J. Mc-Eldrew, with him McEldrew, Hanamirian, Quinn & D'Amico, for appellants; Neil E. Jokelson, with him Charles B. Lieberman, for appellees.

OPINION PER CURIAM: The decision of this Court entered on April 22, 1976, [244 Pa.Superior Ct. 76, 366 A.2d 923 (1976)], is affirmed, and the order of the court below is reversed.

SPAETH, J., dissents.

JACOBS, J., absent.

371 A.2d 873
Magerman v. Paller, Appellant.

Argued December 15, 1975. Bancroft D. Haviland, with him Thomas R. Schmuhl and James D. Crawford, for appellant; Edward Greer, with him Mesirov, Gelman, Jaffe & Cramer, for appellee.

Judgment affirmed.